UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RAYMOND LEE KYLE,

        Plaintiff,

Case No. 1:20-cv-472

v.

Honorable Paul L. Maloney

GREGORY L. SKIPPER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  June 30, 2020                  /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge